

# Casie Walker

Burnet County District Clerk
1701 East Polk Street, Suite 90
Burnet, Texas 78611-2757
Phone (512) 756-5450

November 20, 2015

Third Court of Appeals
via email

Re:    Court of Appeals Number:    03-14-00236-CR
       Trail Court Number:  41725

**FILED**
*November 23, 2015*
**Third Court of Appeals**
**Jeffrey D. Kyle**
**Clerk**

Style:  The State of Texas
        v.
        KEVIN TODD HARDIN

Per TRAP 51.2(a)(1), this letter is to inform you we received the mandate in the above referenced case on November 05, 2015.

Sincerely,

Casie Walker

Casie Walker
District Clerk